UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Phillip Horswell, | Civ. No. 25-4507 (JWB/JFD) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING** |
| REM River Bluffs, | **REPORT AND RECOMMENDATION** |
| and Wade Welper, | **OF MAGISTRATE JUDGE** |
| Defendants. | |

United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") on December 11, 2025. (Doc. No. 4.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The December 11, 2025 Report and Recommendation (Doc. No. 4) is **ACCEPTED**;

2. Plaintiff Phillip Horswell's Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; and

2

    3.      Plaintiff's Application to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED AS MOOT.**

        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: January 12, 2026                             *s/ Jerry W. Blackwell*
                                                                    JERRY W. BLACKWELL
                                                                    United States District Judge